UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CHRISTOPHER CUNNINGHAM,

Plaintiff,

v.

JESSICA MOSELEY et al.,

Defendants.

Case No. 3:17-cv-00136-MMD-WGC

ORDER

On April 23, 2018, this Court entered a follow-up order permitting this action to proceed on the retaliation claim against Defendants Moseley, Ward, and Lt. John Doe (when Plaintiff learned his identity) and the due process claim against Defendant Ward only. (ECF No. 9). On May 7, 2018, Plaintiff filed a notice identifying Lt. John Doe as Lt. Carpenter. (ECF No. 10 at 1). Plaintiff seeks to add Lt. Carpenter as a defendant. (*Id.*) The Court interprets the notice as a motion to substitute Lt. John Doe in the screening order and follow-up order as Defendant Lt. Carpenter. The Court grants the motion and directs the Clerk of Court to add Lt. Carpenter as a defendant in this case.

For the foregoing reasons, it is ordered that the notice identifying John Doe (ECF No. 10) is construed as a motion to substitute Lt. John Doe in the screening order (ECF No. 7), complaint (ECF No. 8), and follow-up order (ECF No. 9) as Lt. Carpenter.

It is further ordered that the motion to substitute Lt. John Doe as Lt. Carpenter (ECF No. 10) is granted.

It is further ordered that the Clerk of the Court is directed to add Lt. Carpenter as

a defendant in this case.

It is further ordered that Lt. John Doe is now identified as Lt. Carpenter.

It is further ordered that the Clerk of the Court shall electronically serve a copy of this order on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

It is further ordered that the Attorney General's Office shall advise whether it will enter a limited notice of appearance for Defendant Lt. Carpenter in accordance with the follow-up order (ECF No. 9 at 3).

DATED THIS <u>8th</u> day of May 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE