ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov

*Attorneys for Defendants
Jessica Moseley, Caseworker Ward,
And Lt. Carpenter*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CUNNINGHAM,<br><br>           Plaintiff,<br><br>v.<br><br>JESSICA MOSELEY, et al.,<br><br>           Defendants. | Case No. 3:17-cv-00136-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff, Christopher Cunningham, appearing *pro se*, and Defendants, Jessica Moseley, Caseworker Ward, and Lt. Carpenter, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

\* \* \*

DATED this 22 day of October, 2018.         DATED this 25TH day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*            By: *[signature]*
CHRISTOPHER CUNNINGHAM        GERRI LYNN HARDCASTLE
*Plaintiff, Pro Se*           Deputy Attorney General
                              State of Nevada
                              Bureau of Litigation
                              Public Safety Division
                              *Attorneys for Defendant*

**IT IS SO ORDERED.**

*[signature]*
_____
**U.S. DISTRICT JUDGE**

**DATED:** October 29, 2018

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of October, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Christopher Cunningham #1007902
Carlin Conservation Camp
124 Suzie Creek Rd.
Carlin, NV 89822

_____
An employee of the
Office of the Attorney General